# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2009

139742 & (48)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re BRANDON GAVIN HANDORF, Minor.

_____

JOSEPH EBY and MARGO EBY,
           Petitioners-Appellants,

v

                                            SC: 139742
                                            COA: 290101
                                            Livingston Probate Court:
                                            06-009053-GM

MONICA GRACE LABO and ERIC JAMES
LABO,
           Respondents-Appellees.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 18, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2009                                    _____
                                                        Clerk

s1027